```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

**DONNA HEDGES,**

                **Plaintiff,**　　　　　　20-cv-1500 (JGK)

    - against -　　　　　　　　　　<u>ORDER</u>

**PICOLLA VENNEZIA REST. INC.,**

                **Defendant.**

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    No answer has been filed and no status report was provided by May 6, 2020, as ordered by the Court on April 23, 2020. The plaintiff should file a proposed Order to Show Cause for a default judgment by **June 17, 2020** or dismiss the case without prejudice. If no action is docketed by that date, the case will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

**Dated:**　　**New York, New York**
　　　　　　**June 3, 2020**　　　　　　 \_\_/s/ John G. Koeltl_____
　　　　　　　　　　　　　　　　　　**John G. Koeltl**
　　　　　　　　　　　　　　　**United States District Judge**