```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

**DONNA HEDGES,**

                Plaintiff,        20-cv-1500 (JGK)

    - against -                <u>ORDER</u>

**PICOLLA VENNEZIA REST. INC.,**

                Defendant.

───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The plaintiff should file a proposed Order to Show Cause for default judgment by July 31, 2020. If the plaintiff fails to do so, the case will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **July 23, 2020**                _____/s/ John G. Koeltl_____
                                                      **John G. Koeltl**
                                          **United States District Judge**