```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────────

DONNA HEDGES,

              Plaintiff,        20-cv-1500 (JGK)

    - against -              ORDER

PICOLLA VENNEZIA REST. INC.,

              Defendant.

─────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The plaintiff provide the Court with a proposed OTSC for a default judgment by August 28, 2020.

**SO ORDERED.**

Dated:    New York, New York
          August 13, 2020         /s/ John G. Koeltl
                                               **John G. Koeltl**
                                        **United States District Judge**